UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.:  2:20-14208-CIV-MARTINEZ-MAYNARD

STEVEN BRIGATI, PAUL DESOYE, THOMAS MAYRIDES, DENNIS PAYNE, T. MICHAEL PAYNE, W.O. PEARCE and GARY SCARAFONI, on behalf of themselves and all others similarly situated,  Plaintiffs,

v.

HFM, INC., a Florida for profit corporation, and WORCESTER POLYTECHNIC INSTITUTE, a Massachusetts nonprofit corporation, Defendants.

**PLAINTIFFS' UNOPPPOSED MOTION TO DROP PARTIES AND INCORPORATED MEMORANDUM OF LAW**

### Motion

By their undersigned attorney and pursuant to Federal Rule of Civil Procedure 21, Plaintiffs move the Court to drop Paul DeSoye, W.O. Pearce and Gary Scarafoni as Plaintiffs and proposed class representatives from Plaintiffs' Second Amended Complaint (Dkt. No. 52).  Reducing the number of Plaintiffs and proposed class representatives will streamline these proceedings without adversely impacting the remaining Plaintiffs' ability to represent the proposed class fully and adequately, should it be certified.

### Memorandum of Law

"On motion or on its own, the court may at any time, on just terms, add or

1

drop a party." Fed. R. Civ. P. 21. "The decision of whether to drop a party from a case pursuant to Rule 21 'is left to the sound discretion of the trial court.'" *Garcia v. Chapman,* 911 F. Supp. 2d 1222, 1245 (S.D. Fla. 2012)(citing *Lampliter Dinner Theater, Inc. v. Liberty Mut. Ins. Co.*, 792 F.2d 1036, 1045 (11th Cir. 1986)).

Where, as here, the pleadings are not closed and depositions of the parties have not been taken, removing Plaintiffs will not impact the administration of justice. Moreover, Defendants do not object to the dropping of Plaintiffs. Plaintiffs therefore respectfully request that their Motion be granted.

**CERTIFICATION PURSUANT TO S.D. FLA. LOCAL RULE 7.1(a)(3)**

I certify that, on January 25, 2021 at 4:22 p.m., **after** filing Defendants' Response to Plaintiffs' Motion to Amend Scheduling Order (Dkt. No. 45), Motion and Incorporated Memorandum of Law to Strike Second Amended Complaint (Dkt. No. 47) and Seek Attorneys' Fees and Costs (Dkt. No. 50), Defendants' counsel sent me the email, attached as Exhibit 1, indicating that Defendants did not object to Paul DeSoye, W.O. Pearce and Gary Scarafoni being dropped as Plaintiffs and proposed class representatives.

<div style="text-align: right;">

Respectfully submitted,

/s/ Elaine Johnson James
Florida Bar No. 791709
ejames@elainejohnsonjames.com
ejjames50@icloud.com
ELAINE JOHNSON JAMES P.A.
P.O. Box 31512
Palm Beach Gardens, FL 33420
Telephone No.: (561) 245-1144
Facsimile: (561) 244-9580

*Attorney for Plaintiffs*

</div>

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on January 26, 2021 with the Clerk of Court by using the CM/ECF system, which system served Defendants' counsel:

Noel R. Boeke
noel.boeke@hklaw.com
Charles Wachter
charles.wachter@hklaw.com
Holland & Knight LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602

Jennifer L. Chunias (*pro hac vice*)
jchunias@goodwinlaw.com
Courtney L. Hayden (*pro hac vice*)
chayden@goodwinlaw.com
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

*/s/ Elaine Johnson James*
Elaine Johnson James
Florida Bar No. 791709

# EXHIBIT 1

# Elaine

| | |
|---|---|
| **From:** | Chunias, Jennifer <JChunias@goodwinlaw.com> |
| **Sent:** | Monday, January 25, 2021 4:22 PM |
| **To:** | Elaine; Hayden, Courtney |
| **Cc:** | noel.boeke@hklaw.com |
| **Subject:** | RE: Brigati v. HFM |

Elaine,
Thanks for your email.  Just to confirm, we understand that it is your intention to seek the Court's permission to (1) withdraw the as-filed version of the Second Amended Complaint you filed on Friday, January, 22, (2) file the version of the Second Amended Complaint that was attached to Defendants' Motion for Leave to Amend in October, and (3) move to voluntarily dismiss three of the named Plaintiffs from this matter.   If this is correct, Defendants do not oppose any of this.  Unfortunately, until the Court rules on Plaintiffs' anticipated requests above, Plaintiffs' Second Amended Complaint as filed on Friday, January 22 remains on the docket.  Further, Defendants were instructed by the Court to submit their response to your motion last week by the end of the day today.   Given this, Defendants must to proceed to file our response and motion to strike, until Plaintiffs' anticipated requests above have been addressed by the Court.

We are glad to discuss the outstanding discovery and deposition scheduling once we have word from the Court on these items.
Thanks again,
Jennifer


**Jennifer L. Chunias**



Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
o  +1 617 570 8239
f  +1 617 321 4415
JChunias@goodwinlaw.com | goodwinlaw.com


**From:** Elaine <ejames@elainejohnsonjames.com>
**Sent:** Monday, January 25, 2021 12:59 PM
**To:** Hayden, Courtney <CHayden@goodwinlaw.com>; Chunias, Jennifer <JChunias@goodwinlaw.com>
**Cc:** noel.boeke@hklaw.com
**Subject:** Brigati v. HFM

As a head's up, Courtney, you need not spend the afternoon on a motion to strike.  I will withdraw the complaint.

Jennifer:

I need to delete Pearce, DeSoye & Scarafoni as Plaintiffs and the jury trial demand before filing the October 2020 iteration of the Complaint.  Is that acceptable to Defendants?

Also, Mr. Mayrides documents were not delivered by FedEx on Saturday; according the FedEx's tracking app, they will be delivered today. Upon my receipt of them, I will advise when we can produce them, which I assure you will be as soon as practicable.

Elaine

---

**From:** Hayden, Courtney <CHayden@goodwinlaw.com>
**Sent:** Monday, January 25, 2021 11:27 AM
**To:** Elaine <ejames@elainejohnsonjames.com>
**Cc:** Chunias, Jennifer <JChunias@goodwinlaw.com>; noel.boeke@hklaw.com
**Subject:** RE: Brigati v. HFM

Thanks, Elaine. I will send a dial-in.

---

**From:** Elaine James <ejames@elainejohnsonjames.com>
**Sent:** Monday, January 25, 2021 11:17 AM
**To:** Hayden, Courtney <CHayden@goodwinlaw.com>
**Cc:** Chunias, Jennifer <JChunias@goodwinlaw.com>; noel.boeke@hklaw.com
**Subject:** Re: Brigati v. HFM

Good morning. I will look forward to hearing from you at 4 PM.

Sent from my iPhone

> On Jan 25, 2021, at 10:39 AM, Hayden, Courtney <CHayden@goodwinlaw.com> wrote:
>
> Hi Elaine,
>
> I hope you had a nice weekend. Could you please let us know your availability for a 30-minute meet and confer today during the following timeslots? Given the Plaintiffs' Second Amended Complaint filed on Friday differs from the version approved by the Court, Defendants intend to move to strike it today.
>
> - 11:30am-1pm
> - 1:30-2:15pm
> - 4-4:30pm
>
> Thank you,
> Courtney
>
> ---
>
> **From:** Elaine <ejames@elainejohnsonjames.com>
> **Sent:** Friday, January 22, 2021 9:54 PM
> **To:** Chunias, Jennifer <JChunias@goodwinlaw.com>
> **Cc:** Hayden, Courtney <CHayden@goodwinlaw.com>; noel.boeke@hklaw.com
> **Subject:** Brigati v. HFM
>
> Thank you, Jennifer.
>
> I have filed the Second Amended Complaint which, as I advised earlier, differs from the version appended to the Motion for Leave. We have added a Plaintiff, Gary Cantrell, and removed three. Despite the change in Plaintiffs, I will of course supplement the productions that are not

2

complete, as per my email below.  Should Defendants desire to depose the former Plaintiffs, they will appear.

We are obtaining from Mr. Cantrell the documents that Defendants requested from the other Plaintiffs; I will provide them to you with or without a formal request ASAP.  Mr. Cantrell of course will be available for deposition between Feb. 1 and 19.

Additionally, having begun the review of about 20 of the Club's annual membership directories in mid-December, we believe that more than 500 golf and tennis master memberships have been sold and that the turnover requirements have been met.  Accordingly, we now seek to certify a class of equity Club members.

The lists of members, referenced in the Plaintiffs' discovery responses, which are being culled from the directories, are not complete.  However, I will provide the lists of golf and tennis master members and standalone equity tennis members and Mr. Brigati's supplemented answers to interrogatories to you by January 25.

You have made clear, and I acknowledge, Defendants' reservation of the right to object to the second amended complaint.  Obviously, I disagree with your interpretation of the Court's order granting leave to amend.  Irrespective of that disagreement, Plaintiffs and their counsel  intend not only to meet our obligations under the federal and local rules, but also to cooperate with Defendants and their counsel informally to make the discovery process, in particular, and the litigation process in general as seamless and pleasant as practicable.

After you review the complaint, let me know if there are additional documents which Defendants need before the depositions.  I will do my best to provide them promptly.

Best regards,
Elaine
<image001.jpg>

**From:** Chunias, Jennifer <JChunias@goodwinlaw.com>
**Sent:** Friday, January 22, 2021 3:49 PM
**To:** Elaine <ejames@elainejohnsonjames.com>
**Cc:** Hayden, Courtney <CHayden@goodwinlaw.com>; noel.boeke@hklaw.com
**Subject:** Re: Brigati v. HFM

Thanks, Elaine.  I unfortunately do not seem to have a voicemail from you, so really appreciate the email follow up.

As for the depositions next week, we can agree to postpone them as you suggest.  We also tentatively agree to the new dates you propose below, subject to confirming our schedules and reviewing the Amended Complaint we understand you will be filing today, as you seemed to suggest it might be different than the version you filed with your clients' motion for leave to amend.   We will get back to

3

you by COB Monday, January 25 to confirm these new deposition dates below or propose others.  So please hold the dates below until COB Monday.

Thank you for confirming that additional documents will be forthcoming.  Please also let us know when we can expect your clients' supplemental interrogatory responses.

Thanks again, Elaine.  I hope you are well and staying safe.
Jennifer


Jennifer L. Chunias
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02110
p:  (617) 570-8239
m:  (617) 515-9677
jchunias@goodwinlaw.com

On Jan 22, 2021, at 2:38 PM, Elaine <ejames@elainejohnsonjames.com> wrote:

> Good afternoon.  Hope all is well.
>
> I am writing to follow up on my voice message to Jennifer. Since last we communicated, we have confirmed that all of the currently named Plaintiffs are available for deposition between Feb. 2-19, 2020.  I have asked each to specifically confirm his availability as follows, and will advise you presently if there are any problems. Please note that I described them as "currently named Plaintiffs" because some will not be denominated as such in the Second Amended Complaint being filed today.
>
> Brigati-Feb. 2;
> DeSoye-Feb. 4
> Scarafoni-Feb.10
> D. Payne-Feb. 11
> Mayrides-Feb. 15
> Pearce-Feb. 16
> M. Payne-Feb. 17 (must end by 3 pm)
>
> Of course, if any of the aforementioned days is not convenient for you, we can adjust.
>
> Some of my clients had difficulty accessing the documents responsive to Defendants' requests; some for technological reasons and others for logistical reasons. The productions from Tom Mayrides,  Dennis Payne, Mike Payne and Wink Pearce require supplementation.   D. Payne's and Pearce's documents will be uploaded tomorrow, Jan. 23. Mayrides' documents are in route via FedEx; assuming that I receive them tomorrow, we can upload them by Tuesday, January 26.   There are technological problems with accessing M. Payne's files, on which we are working.
>
> Would you kindly confirm that the depositions scheduled for next week will be re-scheduled?  I greatly appreciate your professional courtesy and flexibility in this regard.
>
> Thank you very much,
> Elaine

    &lt;image003.jpg&gt;

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*