UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 20-14208-CIV-MARTINEZ-MAYNARD**

STEVEN BRIGATI, *et al.*,

    Plaintiffs,

vs.

HFM, INC., *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court upon Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (ECF No. 59). Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**. This case is **CLOSED**, and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of February, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record